Brandon N. Cotto, State Bar #019721
**BRANDON N. COTTO, P.C.**
2601 North 16th Street
Phoenix, Arizona 85006-1404
(480) 620-7324
*Attorney for the Defendant*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case No. CR22-00318-002-PHX-DGC |
| Plaintiff, | **OBJECTION TO *DRAFT* PRESENTENCE INVESTIGATION REPORT** |
| vs. | |
| Ernesto Javier Lizarraga, | |
| Defendant. | |

COMES NOW the defendant, Ernesto Javier Lizarraga, by and through undersigned counsel pursuant to Rule 32(f) of the Federal Rules of Criminal Procedure and hereby objects to the draft *Presentence Investigation Report* ("PIR").[1]  Specifically, the defendant objects to the comments at paragraphs thirteen (13) and forty-seven (47) concerning the recovery of a firearm in Mexico purchased by the defendant.  Paragraph thirteen of the PIR identifies the firearm as the AK-47 purchased on December 14, 2021, at *Jones & Jones* a Federal Firearms Licensee (FFL); it further reads "no further details [are] available."

---

[1] Rule 32(f) of the Federal Rules of Criminal Procedure states, in pertinent part, that the parties must state in writing any objections, including objections to material information, sentencing guideline ranges, and policy statements contained in or omitted from the report.

The discovery provided by the government identifies the firearm in question as having "serial number PAC1163571."[2]  On the same day it was purchased, December 14, 2021, Ernesto Javier Lizarraga "***abandoned*** [the] Inter Arms, Sporter, 7.62x39 rifle, serial number PAC1163571 with one (1) magazine" to U.S. Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives. (*Emphasis Added*)[3]  The defendant executed an ATF Form 3400.1 ("Consent to Forfeiture or Destruction of Property and Waiver of Notice").[4]  If the firearm was recovered in Mexico after being abandoned to ATF, the defendant was not involved.

NOTE: The draft PIR was prepared on July 6, 2023, after an interview with Mr. Lizarraga was conducted on June 14, 2023.  Paragraphs six (6), ninety (90), ninety-one (91) and the *Release Status* paragraph will need to be updated (amended).

RESPECTFULLY SUBMITTED Wednesday, October 04, 2023.

BRANDON N. COTTO, P.C.

By:    s / Brandon N. Cotto
Brandon N. Cotto

---

[2] *See* ATF Form EF 3120.2, *Report of Investigation*, Investigation Number: 784096-22-0011, Report Number 1 at page 1 of 10 and 10 of 10. Also, Report Number 10 at page 1 of 4.

[3] *See* ATF Form EF 3120.2, *Report of Investigation*, Investigation Number: 784096-22-0011, Report Number 1 at page 1 of 10.

[4] *See* ATF Form EF 3120.2, *Report of Investigation*, Investigation Number: 784096-22-0011, Report Number 1, Third Attachment.

# *Certificate of Service*

I hereby certify that on October 4, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

THE HON. DAVID G. CAMPBELL
*Senior Judge of the U.S. District Court*

ADDISON B. SANTOME
*Assistant U.S. Attorney*


By:    <u>s/ Brandon N. Cotto</u>
       Brandon N. Cotto