LAW OFFICES OF MELINDA J. KOVACS
Melinda J. Kovacs (Bar No. 020532)
7000 N. 16th St.
Suite 120-362
Phoenix, AZ 85020
Telephone: (602) 481-0691
mjkovacs@gmail.com
Attorney for Defendant
Ianira Gonzales

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Ianira Gonzales,<br><br>    Defendant. | Case No: 22-cr-00318-006-DGC<br><br>**SENTENCING MEMORANDUM**<br><br>**Defendant Not in Custody** |

Defendant by and through undersigned counsel requests that the Court consider the following brief information prior to imposition of sentence in this matter.

Title 18 U.S.C. §3553(a) states in pertinent part that (a) the court shall impose a sentence sufficient, but not greater than necessary, to comply with the purpose set forth in paragraph (2) of this subsection, the court, in determining the particular sentence to be imposed, shall consider:

(1) The nature and circumstances of the offense and the history and characteristics of the defendant;

(2) The need for the sentence imposed

(A) to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;

(B) to afford adequate deterrence to criminal conduct;

(C) to protect the public from further crimes of the defendant; and

(D) to provide the defendant with needed educational or vocational training, medical care, or correctional treatment in the most effective manner. 18 U.S.C. §3553(a).

The nature and circumstances of the offense are very well reflected by the pre-sentence report. When Ianira was 18 years old, her older family member encouraged her to apply for and obtain an Arizona Identification Card. Once that was accomplished, he convinced her to assist him by purchasing two guns. As a young high school student, Ianira did not fully comprehend the criminality of her actions.

As to the history and characteristics of the defendant, Ianira has no criminal history, even as a juvenile. She has been on pre-trial release for over one year with no issues at all. She has attended school and worked part time and has plans for the future.

The need for the sentence imposed considers four specific aspects. The first is "To reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense." Taken together, these three things mean to teach both the defendant and society that this behavior is not acceptable. Although this offense is serious, when placed against a crime of violence, one where physical harm was incurred by a victim, or one which was committed with intentional malice, on the whole the offense falls more midway than at the more serious end of the spectrum. In this defendant's case, it is not necessary to punish her with a prison term in order to promote respect for the law.

Ianira is a very young woman with her whole life ahead of her. She was pressured into this offense and otherwise has no indication of criminal leanings. She has performed perfectly on pre-trial services and is a great candidate for a probation term.

Based upon the foregoing information, defendant requests that this Court grant her a variance allowing her to serve a probation term of 24 months. Due to her lack of criminal history, performance on pre-trial release and young age, granting a variance for probation will satisfy the goals of federal sentencing while still imposing a sentence that is not greater than necessary for his crime.

Respectfully submitted:  November 16, 2023.


 *s/Melinda Kovacs*
Melinda Kovacs
Attorney for Defendant

Certificate of Service:

I hereby certify that on November 15, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Clerk's Office, USDC Phoenix
Honorable David G. Campbell
Addison Santome, US Attorney's Office

*/s/ Melinda J. Kovacs*
Melinda J. Kovacs
Attorney for Defendant