# Exhibit A

---

# Government's Application of 2021 and 2023 Sentencing Guidelines

## **Government's U.S.S.G Calculation Under 2021 Guidelines**

12    Base Level Offense (U.S.S.G. § 2K2.1(a)(7))

+6    Number of Firearms – 35 Total (U.S.S.G. § 2K2.1(b)(1))

+4    Trafficking of Firearms (U.S.S.G. § 2K2.1(b)(5))

+4    Guns Destined for Mexico (U.S.S.G. § 2K2.1(b)(6)(A))

+3    Role Adjustment (U.S.S.G. § 3B1.1(b))

-3    Acceptance of Responsibility (U.S.S.G. § 3E1.1)

TOTAL: 26

Criminal History: III

Guideline Range: 78-97 months

## **Government's U.S.S.G. Calculation Under 2023 Guidelines**

12    Base Level Offense (U.S.S.G. § 2K2.1(a)(7))

+6    Number of Firearms – 35 Total (U.S.S.G. § 2K2.1(b)(1))

+5    Trafficking of Firearms (U.S.S.G. § 2K2.1(b)(5)(C))

+4    Guns Destined for Mexico (U.S.S.G. § 2K2.1(b)(6)(A))

+2    5 or More Participants (U.S.S.G. § 2K2.1(b)(8))

+3    Role Adjustment (U.S.S.G. § 3B1.1(b))

-3    Acceptance of Responsibility (U.S.S.G. § 3E1.1)

TOTAL: 29

Criminal History: III[1]

Guideline Range: 108-135 months

---

[1] Defendant inappropriately argues that he would receive a two-level deduction pursuant to U.S.S.G. §4C1.1 if his criminal history score was zero. Because the offense involved firearms, even if his criminal history score was zero, this deduction would not apply. U.S.S.G. §4C1.1(a)(7).